# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

DARROW BERNARD PAYNE,           ]
                                ]
          Petitioner,            ]
                                ]
v.                              ]  CIVIL ACTION NO. 10-KOB-RRA-1068-S
                                ]
WARDEN GARY HETZEL and          ]
THE ATTORNEY GENERAL FOR THE    ]
STATE OF ALABAMA,               ]
                                ]
          Respondents.          ]

## MEMORANDUM OPINION

This is a habeas corpus petition. The magistrate judge entered a report and recommendation recommending that the respondents' motion for summary judgment be granted and the action dismissed, because it is barred by the statute of limitations. The Petitioner filed Objections, in which he argued that the procedural bar should be excused because of "obvious discrepancies in the mailing records" as to when his Rule 32 petition was filed in State Court. The magistrate judge, however, used the date presented by th Petitioner in his calculations as to the statute of limitations. Therefore, the objections lack merit.

The court has considered the entire file in this action, including the report and recommendation and the petitioner's objections, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. This habeas petition is due to be dismissed. An appropriate order will be entered.

Done this 21st day of December 2010.

                                                                     _____
                                                                       KARON OWEN BOWDRE
                                                                       UNITED STATES DISTRICT JUDGE