# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DARROW BERNARD PAYNE, | ] |
| Petitioner, | ] |
| v. | ] CIVIL ACTION NO. 10-KOB-RRA-1068-S |
| WARDEN GARY HETZEL and THE ATTORNEY GENERAL FOR THE STATE OF ALABAMA, | ] |
| Respondents. | ] |

## ORDER OF DISMISSAL

In accordance with the Memorandum Opinion entered contemporaneously herewith, the petition for a writ of habeas corpus is hereby **DISMISSED**.  Costs are taxed to the petitioner.

Done this 21st day of December 2010.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE